**Order entered September 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00944-CV

## CORINTH INVESTOR HOLDINGS, LLC, Appellant

## V.

## MARK BENNETT, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12135**

## ORDER

We **GRANT** appellant's September 11, 2015 unopposed motion for an extension of time

to file a brief.  Appellant shall file a brief by **SEPTEMBER 28, 2015.**

            /s/      ELIZABETH LANG-MIERS
                   JUSTICE